**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Adriana Villalobos, et al.
                              Plaintiff,

v.                                                  Case No.: 1:16−cv−10115
                                                      Honorable John Robert Blakey

Zapatista's Restaurant LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 20, 2018:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the representation of the Parties, this case has settled and therefore dismissed without prejudice. Absent reinstatement on or before 3/20/2018, the dismissal will convert to one with prejudice without further order of the Court. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.